IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| S3 GRAPHICS CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. _____ |
| ATI TECHNOLOGIES ULC, ATI INTERNATIONAL SRL, and ADVANCED MICRO DEVICES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF S3 GRAPHICS CO., LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff S3 Graphics Co.,

Ltd. ("S3G") hereby states as follows:

S3G is a wholly-owned subsidiary of HTC Corporation, a corporation organized under

the laws of Taiwan, Republic of China.

Dated: December 28, 2011

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Don O. Burley
John R. Alison
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903) [kpascale@ycst.com]
James L. Higgins (#5021) [jhiggins@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiff,*
*S3 Graphics Co., Ltd.*